UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL DODGE,

                Plaintiff,

     v.

MONROE CORRECTIONAL COMPLEX, et al.,

                Defendants.

CASE NO. C15-0183-RSL

ORDER DISMISSING ACTION
WITHOUT PREJUDICE

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint and this action are DISMISSED without prejudice; and

(3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 7th day of July, 2015.

_____
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING ACTION
WITHOUT PREJUDICE
PAGE - 1