UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
MICHAEL DODGE, )
) No. C15-0183RSL
Petitioner, )
v. ) ORDER
)
MONROE CORRECTIONAL COMPLEX - )
TWIN RIVERS UNIT, et al., )
)
Respondents. )
_____)

On August 23, 2017, the Court received a letter from petitioner seeking to reopen the above-captioned matter and objecting to the withdrawal of funds from his prisoner account to pay the filing fee. Dkt. # 19. Petitioner asserts that he was prevented from pursuing this litigation in 2015 because his custodians at Monroe Correctional Complex interfered with his access to the law library and legal mail, his request for appointment of counsel was denied, and he is legally blind. Petitioner also argues that the Court improperly charged a filing fee after granting his application to proceed *in forma pauperis*.

Petitioner's challenges at the correctional facility were known in 2015 and did not prevent him from participating in this litigation: he timely amended his application to proceed *in forma pauperis* (Dkt. # 5), requested an extension of time and appointment of counsel (Dkt. # 9), and objected to the Report and Recommendation (Dkt. # 12). His request for counsel was denied because the exceptional circumstances justifying the appointment of counsel in a civil case did

ORDER

not exist. Dkt. # 10 at 2. Nor was there any indication that his vision impairment made him unable to articulate his claims *pro se*. Finally, his objection to the payment of the filing fee was overruled at Dkt. # 18. The application to proceed *in forma pauperis* included a specific "Acknowledgment and Authorization" just above the signature line in which petitioner authorized the agency having custody over him to collect monthly payments toward the filing fee.

Judgment was entered in this case on July 7, 2015. Petitioner has not established any of the grounds that could justify relief from that judgment as set forth in Fed. R. Civ. P. 60(b). His request to reopen the case is therefore DENIED.

Dated this 29th day of August, 2017.

Robert S. Lasnik
United States District Judge